**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

v.     Case No. 3:05CR20/RV

**MORRIS VALENTINE WHITE**
_____/

## ORDER AND FACTUAL FINDINGS

This matter was tried before me, without a jury, on May 17, 2005.  Having considered all the evidence and after giving careful examination to this matter, I make the following findings of fact:

First, I find the co-defendant, Shirley Ann Haynes, to be a generally credible witness, and I accept her recitation of the relevant facts in this case.  To the extent that they conflict with anything that defendant White has told DEA Agent John Johnson, then I find beyond a reasonable doubt that Haynes' version controls.  In evaluating the credibility and weight of the evidence in this case, I rely upon my twenty-two years of experience in dealing with these type of cases and circumstances.  I specifically find that the marijuana seized about February 28, 2005, was not  Haynes'; that she was being paid a sum certain to assist in the transportation of it, which is the typical pattern.  I also find beyond a reasonable doubt that White was more than just an incidental player in this conspiracy, and that, in fact, he was a central player.

With respect to the quantity, which is the major issue about which this trial has been conducted, there is no doubt that 92 pounds of marijuana was seized on February 28, 2005, and that this is attributable to the defendant.  There is no other

*Page 2 of 2*

evidence of any marijuana in the year 2005.  There is evidence of a number of other marijuana deals and other drug deals including possibly other controlled substances, but I am concerned only with the marijuana for purposes of this case.  I accept the fact as relayed by Agent Johnson that defendant White himself acknowledges having brokered or handled other marijuana deals.  The only question, as far as the charge in this case, is whether the total quantity of those marijuana deals equals or exceeds 100 kilograms.  From co-defendant Haynes' testimony and Agent Johnson's, I find that there was at least one drug deal involving White and Haynes' former boyfriend, "Dread" Thomas in 2004.  There is some question about whether there were other substances other than marijuana, and so for that I have to rely upon what Agent Johnson testified concerning defendant White's own statements.

After considering all of this and the totality of the circumstances, I find that defendant White has been involved in marijuana dealings on repeated occasions and in sizable quantities during the period 2002 - 2005.  There is credible evidence that he set up deliveries of about a hundred pounds of marijuana per delivery on at least five occasions and 50-pound and smaller deliveries on numerous occasions.  And, even adjusting for some question about the time frame of these deliveries, I find that for purposes of this charged conspiracy, Morris Valentine White should be held accountable for a quantity of at least 100 kilograms or more of marijuana.  I find that this has been established with proof beyond a reasonable doubt.

DONE AND ORDERED this 19th day of May, 2005.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE